GREEN *ads.* WILLIS and WILLIS.

When an inquest is taken, out of its regular order on the calendar, all the defendant loses is the right of challenge of the jury, and to introduce testimony on his part.

MOTION to set aside an inquest taken at the circuit. The inquest was taken out of its regular order on the calendar, an affidavit of merits not having been filed. The counsel for the defendant asked leave to cross-examine the plaintiff's witnesses, and to take exceptions to the proof adduced, but was not permitted by the circuit judge so to do, though he was allowed, as *amicus curiæ*, to suggest his objections to the court. A verdict was rendered for the plaintiff, and a motion is now made to set aside the inquest.

*Loomis,* for defendant.

*Feeter,* for plaintiffs.

*By the Court,* SUTHERLAND, J.   All a party loses, who has omitted to file an affidavit of merits, when an inquest is taken against him in a cause out of its regular order on the calendar, is his right of challenge of the jury, and to produce testimony and examine witnesses on his part.   He is entitled to appear and cross-examine the plaintiff's witnesses ; *to object to evidence* ; to raise objections to the plaintiff's right of recovery ; and to take exceptions to the decisions and opinions of the judge.   The defendant in this case, having been refused the right to cross-examine the witnesses, and to take exceptions to the opinions of the court, the inquest is set aside, the costs to abide the event of the suit.